# UNITED STATES DISTRICT COURT

## FOR THE

## MIDDLE DISTRICT OF PENNSYLVANIA

JESUS CHRIST
  PLAINTIFF

MICHAEL SCOTT
SMITH JR

  ESTATE

v

Case No. _____

FILED
HARRISBURG, PA

JUL 11 2022

PER ___J132___
        DEPUTY CLERK

COMMONWEALTH OF
PENNSYLVANIA
DEFENDENT

DISTRICT COUNCIL 89
OF MIDDLE DISTRICT
COMMONWEALTH
PENNSYLVANIA MEMBERS,
DEFENDENT

FRANKLIN COUNTY
PRISON,
DEFENDENT

FRANKLIN COUNTY COURT
OF COMMON PLEAS 39TH
DISTRICT OF COMMONWEALTH
OF PENNSYLVANIA,
DEFENDENT

UNITED STATES OF
AMERICA,
DEFENDENT

FRANKLIN COUNTY
DISTRICT ATTORNEY
DEFENDENT

FEDERAL RESERVE BANK
DEFENDENT

1

## CLAIM IN EQUITY

Plaintiff, is named, Jesus Christ, a Person, GOD, the Eternal Resurected Spirit, Tenent of Indigenous Land Estate MICHAEL SCOTT SMITH JR.

Plaintiff, is Witness of his own Testement, in the Names of the Triune, GOD, Jesus Christ, Holy Spirit and did bequeth in his Last Testement, Documented in the Seven Church's Holy Text, the right of all Lands, belonging to the God Himself, Resurecting through Conception, fullfilling his Right as Heir and Beneficiary, Executor over the Indigenous Land Estate, MICHAEL SCOTT SMITH JR.

Plaintiff is the Life Tenent, Occupant, Inhabitant of the Estate MICHAEL SCOTT SMITH JR.

Social Security Identification Number- ███ -7920

FRANKLIN COUNTY PRISON ID- 21-00356

Plaintiff's correspondence address is, MICHAEL SCOTT SMITH JR, c/o FRANKLIN COUNTY PRISON, 1804 Opportunity Ave, Chambersburg PA, 17201.

Plaintiff, resides as tenet of Estate, and is in the Jurisdiction of the UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF THE COMMONWEALTH OF PENNSLVANIA.

### DEFENDENTS:

Defendent, COMMONWEALTH OF PENNSYLVANIA is within the Jurisdiction of the UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF COMMONWEALTH OF PENNSYLVANIA.

Defendent, DISTRICT COUNCIL 89 OF THE COMMONWEALTH OF PENNSYLVANIA MEMBERS is within the Jurisdiction of the UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF COMMONWEALTH OF PENNSYLVANIA.

Defendent, FRANKLIN COUNTY PRISON is within the Jurisdiction of the UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF

COMMONWEALTH OF PENNSYLVANIA.

Defendent, FRANKLIN COUNTY COURT OF COMMON PLEAS 39TH DISTRICT OF THE COMMONWEALTH OF PENNSYLVANIA is within the Jurisdiction of the UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF COMMONWEALTH OF PENNSYLVANIA.

Defendent, UNITED STATES OF AMERICA is within the Jurisdiction of the UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF COMMONWEALTH OF PENNSYLVANIA.

Defendent, FRANKLIN COUNTY DISTRICT ATTORNEY is within the Jurisdiction of the UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF COMMONWEALTH OF PENNSYLVANIA.

Defendent, FEDERAL RESERVE BANK is within the UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF COMMONWEALTH OF PENNSYLVANIA.

## CLAIM

PLAINTIFF , FILES THIS CLAIM OVER THE ESTATE MICHAEL SCOTT SMITH JR.

PLAINTIFF HAS BEEN TENET OF THE NAMED ESTATE , SINCE THE BIRTH OF THE INDIGENOUS LAND ESTATE, INFUSED INTO THE EMBRYO AT THE LANDS CONCEPTION GIVING THE OFFSPRING ESTATE MICHAEL SCOTT SMITH JR.

PLAINTIFF HOLDS FREEHOLD TITLE OF THE ESTATE.

ALL CLAIMS AGAINST ESTATE , FOR ANY DEBT'S , TAXES, MONEY , ASSETS , PROPERTY , SERVICES OR CREDIT IN THE PERFORMANCE OF OR AS A RESULT OF ANY OF THE DEFENDENTS OFFICIAL DUTIES FOR ANY REASON FOR ANY ACTIVITIES IS NULL AND VOID.

PLAINTIFF HAS NOT CONVEYED , GRANTED , TRANSFERED ANY RIGHT OR INTEREST TO ANY OF THE DEFENDENTS.

THIS CLAIM IS A LEGAL LAWFUL CLAIM OF RIGHT AND INHEREITANCE OF THE ESTATE, MICHAEL SCOTT SMITH JR.

THIS DOCUMENT IS HEREBY AFFIRMED UNDER THE PENALTY OF PERJURY.

RESPECTFULLY SUBMITTED

*[signature]*

JESUS CHRIST

June 17, 2022

4

# UNITED STATES DISTRICT COURT

## FOR THE

## MIDDLE DISTRICT OF PENNSYLVANIA

JESUS CHRIST
   PLAINTIFF

MICHAEL SCOTT
SMITH JR

   ESTATE

v

Case No._____

**FILED**
HARRISBURG, PA

JUL 11 2022

PER ___IBR___
DEPUTY CLERK

COMMONWEALTH OF
PENNSYLVANIA
DEFENDENT

DISTRICT COUNCIL 89
OF MIDDLE DISTRICT
COMMONWEALTH
PENNSYLVANIA MEMBERS,
DEFENDENT

FRANKLIN COUNTY
PRISON,
DEFENDENT

FRANKLIN COUNTY COURT
OF COMMON PLEAS 39TH
DISTRICT OF COMMONWEALTH
OF PENNSYLVANIA,
DEFENDENT

UNITED STATES OF
AMERICA,
DEFENDENT

FRANKLIN COUNTY
DISTRICT ATTORNEY
DEFENDENT

FEDERAL RESERVE BANK
DEFENDENT

1

# PRAYER

# FOR

# RELIEF

## PARTIES:

### PLAINTIFF:

Plaintiff, is named, Jesus Christ, a Person, GOD, the Eternal Resurected Spirit, Tenent of Indigenous Land Estate MICHAEL SCOTT SMITH JR.

Plaintiff, is Witness of his own Testement, in the Names of the Triune, GOD, Jesus Christ, Holy Spirit and did bequeth in his Last Testement, Documented in the Seven Church's Holy Text, the right of all Lands, belonging to the God Himself, Resurecting through Conception, fullfilling his Right as Heir and Beneficiary, Executor over the Indigenous Land Estate, MICHAEL SCOTT SMITH JR.

Plaintiff is the Life Tenent, Occupant, Inhabitant of the Estate MICHAEL SCOTT SMITH JR.

Social Security Identification Number- ▬▬-7920

FRANKLIN COUNTY PRISON ID- 21-00356

Plaintiff's correspondence address is, MICHAEL SCOTT SMITH JR, c/o FRANKLIN COUNTY PRISON, 1804 Opportunity Ave, Chambersburg PA, 17201.

Plaintiff, resides as tenet of Estate, and is in the Jurisdiction of the UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF THE COMMONWEALTH OF PENNSLVANIA.

## DEFENDENTS:

Defendent, COMMONWEALTH OF PENNSYLVANIA is within the Jurisdiction of the UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF COMMONWEALTH OF PENNSYLVANIA.

Defendent, DISTRICT COUNCIL 89 OF THE COMMONWEALTH OF PENNSYLVANIA MEMBERS is within the Jurisdiction of the UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF COMMONWEALTH OF PENNSYLVANIA.

Defendent, FRANKLIN COUNTY PRISON is within the Jurisdiction of the UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF COMMONWEALTH OF PENNSYLVANIA.

Defendent, FRANKLIN COUNTY COURT OF COMMON PLEAS 39TH DISTRICT OF THE COMMONWEALTH OF PENNSYLVANIA is within the Jurisdiction of the UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF COMMONWEALTH OF PENNSYLVANIA.

Defendent, UNITED STATES OF AMERICA is within the Jurisdiction of the UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF COMMONWEALTH OF PENNSYLVANIA.

Defendent, FRANKLIN COUNTY DISTRICT ATTORNEY is within the Jurisdiction of the UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF COMMONWEALTH OF PENNSYLVANIA.

Defendent, FEDERAL RESERVE BANK is within the UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF COMMONWEALTH OF PENNSYLVANIA.

## COMPLAINT:

Plaintiff, Prays this Court for Relief, in the nature of placing a Barr and Estopple against all defendent's who may or may not activly be engaging in use of Personal Private Property, of Estate/Vessel MICHAEL SCOTT SMITH JR, ESTATE

Plaintiff Prays this Court to Barr and Freez all claims against the Estate/Vessel for

payment or usage of credits or interest of any kind and in any amount whether it be for tax , fee or collection or charge or discharge by the Defendents.

Plaintiff Asserts and Avers that all usage of Estate's / Vessel's in the nature for Collateral , Debt's , or any other Finanicial Interest is Unauthorized , Involutary, Unknowing by Plaintiff and Fiduciaries at no time have been Properly given, granted , conveyed, Authorization to use the Estate's / Vessel's, Money , Assets , Property , Services or Credit in the performance of or as a result of their official duties for any Reason for any Activities.

Plaintiff, is a Person, Jesus Christ, GOD. a Spirit , a Immortal Eternal living Soul, Resurecter of the dead , " Embryo", " the Indigenous Land Estate/Vessel" and has Perpetual Occupancy of the Human Being Indigenous Land Estate / Vessel MICHAEL SCOTT SMITH JR .

A Human Body is a Vessel under 18 U.S.C 7 ( 1 ).

A Estate/Vessel is a Tangible, a Artificial / Fictious thing. ESTATE- A social standing. 2). a social or political class of nobility, clergy and commons. 3). A person's possessions. 4). A landed property. ( Marriam-webster Dictionary and theosaurus ).

ESTATE- The amount ,degree , nature and quality of a persons interest in land or other property, esp a real estate interest that may become POSSESSORY, the ownership being measured in terms of duration.. ( Blacks Law Dictionary, 11th Ed)

A Soul / Spirit is a Person. SPIRIT- A life giving force. 2). PERSON. ( Marriam-webster Dictionary and theosaurus ).

Plaintiff Asserts and Avers that he is the Person in Tenency of the Estate / Vessel and the Estate / vessel is being held in Due Course for Commercial use, at the Franklin County Prison under the Totalatrian Governship and Command of Judicial Officer's of the COMMONWEALTH OF PENNSYLVANIA COURT OF COMMON PLEAS 39th DISTRICT and FRANKLIN COUNTY DISTRICT ATTORNEY. The COMMONWEALTH OF PENNSYLVANIA has no proper Authority to the Estate/ Vessel.

Commercial use is in conjuction with the State of the COMMONWEALTH OF PENNSYLVANIA , DISTRICT COUNCIL 89 MEMBERS OF THE COMMONWEALTH OF PENNSYLVANIA OF THE MIDDLE DISTRICT.

COMMONWEALTH OF PENNSYLVANIA does not have a Title in Orinignal conveying the right of ownership of the Property in it's possession.

Officers of the COMMONWEALTH OF PENNSYLVANIA COURT OF COMMON

4

PLEAS 39th DISTRICT are Fiduciaries toward the public and by Law must protect Estates in equity.

Judicial Officer's of the COMMONWEALTH OF PENNSYLVANIA COURT OF COMMON PLEAS 39th DISTRICT has deliberatly withheld material information from Plaintiff, relating to the right of Inheritance of Estate in tail.

Donnelly v. Dechristoforo, 1974, SCT 41709 56; 416 U.S. 637 (1947) McNally v. U.S. 483 U..S 483 U.S. 350, #71- 372, Quoting U.S. v. Holtzer, 816 f. 2d, 304, 307,.. Fraud in it's elementary common law sense of deceit ..... induces the deliberate concealment of material information in a setting of Fiduciary obligation. A official is a Fiduciary toward the public and if he deliberatly conceals material information from them he is guilty of fraud.

Judicial Officer's of the COMMONWEALTH OF PENNSYLVANIA COURT OF COMMON PLEAS 39th DISTRICT are learned officers of the law.

The **FRANCHISE, BIRTH**, and/or **TRUST CERTIFICATE** is a title of Birth of the Estate/ Vessel.

Plaintiff is in Possession of Title of Birth and is the Rightful Heir of the Estate / Vessel MICHAEL SCOTT SMITH JR.

UNITED STATES OF AMERICA, has frauduently withheld Plaintiff's Birthright to Estate / Vessel for it's own personal use in Commerce, in conjuction with the Uniform Commercial Code (UCC) of 1969 for Commercial Enrichment.

The transportation of Person's is " Commerce " within the provision's of Article 1 § 8 of the UNITED STATES CONSTITUION.

President Franklin Delano Roosevelt declared a state of emergency in 1933, and at the same time founded the Federal Deposit Insurance Corporation as well as signing the Banking Act of 1933 also known as the Glass-Steagall Act.

State of emergency which was declared in 1933 was Suspposedly ended in 1976 by the National Emergencies Act.

President Franklin Delano Roosevelt, also passed the Public Law No 1, Declaring the People 14th Amenedment Citizens with the creation of the Birth Certificate and declared the People a enemey of the Federal Government.

The Federal Government is not a Government but rather a Government of a Corporation. The UNITED STATES OF AMERICA is a Corporation, Under Title 28 U.S.C. 3002 (15) (A), and is Incorporated as a for Profit Commercial Enterprise,

5

pursuant to the Legislative Act of February 21, 1871, Forty- First Congress, Session III , Chapter 62 , Page 419.

The **FRANCHISE, BIRTH**, and/or **TRUST CERTIFICATE** is the Plaintiff's Birthright and Title of Property.

The UNITED STATES OF AMERICA has placed Plaintiffs, Property in a Special Trust , Cestui Que , for the life of the Estate / Vessel , held by the Federal Reserve Bank , Pursuant to the Cestui que Vie Act of 1666

In 1933 the UNITED STATES OF AMERICA declared Chapter 11 Bankruptcy, becoming Insolvent.

The UNITED STATES OF AMERICA has withheld the Plaintiffs Birthright of the Estate / Vessel, deliberatly, to convert itself a creditor and trustee conveying itself the use of the Estate / Vessel as collateral , to save itself from total Bankruptcy, allowing itself to Reorganize in the name of the Estate / Vessel.

The Flags in Courtrooms are Gold-Fringed Military Flag of War, enforcing the Private, general Equity, Admiraly/Maritime law.

Courtroons of today are under Military Occupation by Conquering Foreign Creditors of the Federal Reserve/IMF and its Garrison Troops, the British Esquire of the bench and the Bar Association, under Mission Statement. The term Mission Statement is a Military designator and any Organization with a Mission Statement is a Military unit. All 15 bureaus of the Puerto Rico, bassed Department of Treasury including Tobacco and Firearms, all state tax agencies, and all Bar Association operate under a Mission Statement. Which means Esquire, Judges, and Attorneys are Military Officers of the Crown another front for Federal Reserve/IMF carring out overall mission of the bar.

**Whereas**: The **FRANCHISE, BIRTH**, and/or **TRUST CERTIFICATE** was created and offered fraudulently and deceitfully, supposedly to aid in the Census, as a means of identification, to document a birth, and for health reason and purposes; the true nature of the **BIRTH CERTIFICATE** has been used as a unrevealed commercial agreement, an unconscionable adhesion contract with an Agency of the federal, corporate United States, the Department of Commerce; the true nature of the **DATE OF BIRTH** is to execute the birth of the certificate [by signing, filing and recording], not the person;

**WHEREAS**: The **BIRTH CERTIFICATE** is a **TRUST INSTRUMENT** recorded with County Recorder, a subsidiary of the Secretary of State [of the several states], sent

to the Bureau of Census, a division of the Department of Commerce [Washington, DC], placing the name on the **BIRTH CERTIFICATE** in commerce as a legal "person" [e.g. corporate Trust] distinct and separate from the "Natural Person Inhabitant of land Estates.

**WHEREAS**: The Secretary of the States [of the several states] issues and Charters Corporations and Franchises, that any American Citizen with a BIRTH CERTIFICATE is liable to the Franchise Tax Board of the State Department of Revenue for income taxes, and the Federal UNITED STATES OF AMERICA for its debt obligations to the Federal Reserve bank.

**WHEREAS**: This **TRUST INSTRUMENT** has deceived the " Person" Plaintiff into an unrevealed contract attempting to place Estate / Vessel under the Jurisdiction of the Federal UNITED STATES OF AMERICA with its tax and regulating authority originating from the Department of Commerce, pursuant to the authority of the Constitution for the United States of America [1789] and under the jurisdiction of the Equity, Admiralty or Maritime Jurisdictions of the federal court system; and the UNIFORM COMMERCIAL CODE [UCC] of 1969.

COMMONWEALTH OF PENNSYLVANIA COURT OF COMMON PLEAS 39th DISTRICT Judicial Officers and the District Attorney's Office has Controlled the Plaintiff's Estate / Vessel without Lawful Jurisdiction and without Proper Delegation. All Parties , Do Not Have Title to Paintiff's Property.

Plaintiff is in Possesion of Title, However has been deceived by the UNITED STATES OF AMERICA , whereas Plaintiff was unaware untill becoming knowledgable of the Law and the Decite and Fraud upon the COMMONWEALTH OF PENNSYLVANIA COURT OF COMMON PLEAS 39th DISTRICT Judicial Officers and FRANKLIN COUNTY DISTRICT ATTORNEY attempting to Transfer Plaintiffs Property into it's care by useing Oppressive tactics in a NON STATUTORY Tribunal, useing a UNCONSTITUTIONAL CRIMINAL CODE in a Equity , Admiralty and Maritimes Jurisdiction.

PRAYER

RELIEF

Plaintiff Appoint's the Officer of this Court to Protect the Interest of the Plaintiff's Estate / Vessel , and to Dissolve and Liquidate all the Trust's " Cestui Que Vie " Asset's and to Dissolve all Debt's , Encumberances, whether it be for Tax , Fee or Collection or Charge or Discharge by the Defendents or any Party deemed to have had any Liabilities in Connection of the Estate / Vessel.

Plaintiff Appoints the Officer of this Court , to Only Execute the Intention's of the Heir , Beneficiary of the Estate / Vessel MICHAEL SCOTT SMITH JR as Mentioned in this PRAYER. Any other Action other than what Plaintiff Specified in this Prayer , will be Null and Void. All Action's shall be brought to the Plaintiffs attention before any action other than specified in this Prayer.

At no time has Plaintiff Granted , Conveyed , Transfered a Right or Interest to any of the Defendent Parties, , to use the Estates Money , Assets , Property , Services or Credit in the performance of or as a result of their official duties for any Reason for any Activities.

**THIS LAWFULL LEGAL PRAYER FOR RELIEF IS HEREBY AFFIRMED UNDER THE PENALTY OF PERJURY.**

RESPECTFULLY

SUBMITTED,

JESUS CHRIST

June 17, 2022

8

