IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RE:** | *Jesus Christ, et al v. Commonwealth of Pennsylvania, et al* | **Civil Action No. 1:22-CV-1084** |
| **Inmate:** | Michael Scott Smith, Jr. | |
| **ID:** | 21-00356 | |

### THIRTY (30) DAY ADMINISTRATIVE ORDER

### July 13, 2022

To proceed with the above-captioned action, Plaintiff must either:

1. Tender payment in the amount of $402.00 to the Clerk of Court; or

2. **Fully complete** and file an application to proceed *in forma pauperis*. The application is attached.

Failure to comply within thirty (30) days of the date of this Order will cause this action to be dismissed without prejudice.

PETER J. WELSH
CLERK OF COURT

s/LP
Pro Se Legal Assistant