# UNITED STATES DISTRICT COURT

## FOR THE

## MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

JUL 20 2022

PER ___*EO*___
DEPUTY CLERK

JESUS CHRIST
PLAINTIFF

Case No. 1:22 CV 1084

MICHAEL SCOTT
SMITH JR

ESTATE

18 USC 1962(c)(d)
18 USC 1581-1592
18 USC 1952
18 USC 1956-1957
Hobbs Act

V

COMMONWEALTH OF
PENNSYLVANIA
DEFENDENT

FRANKLIN COUNTY
DISTRICT ATTORNEY
DEFENDENT

DISTRICT COUNCIL 89
OF MIDDLE DISTRICT
COMMONWEALTH
PENNSYLVANIA MEMBERS,
DEFENDENT

FEDERAL RESERVE BANK
DEFENDENT

FRANKLIN COUNTY
PRISON,
DEFENDENT

FRANKLIN COUNTY COURT
OF COMMON PLEAS 39TH
DISTRICT OF COMMONWEALTH
OF PENNSYLVANIA,
DEFENDENT

UNITED STATES OF
AMERICA,
DEFENDENT

# CLAIM IN EQUITY

Plaintiff, is named, Jesus Christ, a Person, GOD, the Eternal Resurected Spirit, Tenent of Indigenous Land Estate MICHAEL SCOTT SMITH JR.

Plaintiff, is Witness of his own Testement, in the Names of the Triune, GOD, Jesus Christ, Holy Spirit and did bequeth in his Last Testement, Documented in the Seven Church's Holy Text, the right of all Lands, belonging to the God Himself, Resurecting through Conception, fullfilling his Right as Heir and Beneficiary, Executor over the Indigenous Land Estate, MICHAEL SCOTT SMITH JR.

Plaintiff is the Life Tenent, Occupant, Inhabitant of the Estate MICHAEL SCOTT SMITH JR.

Social Security Identification Number- 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

FRANKLIN COUNTY PRISON ID- 21-00356

Plaintiff's correspondence address is, MICHAEL SCOTT SMITH JR, c/o FRANKLIN COUNTY PRISON, 1804 Opportunity Ave, Chambersburg PA, 17201.

Plaintiff, resides as tenet of Estate, and is in the Jurisdiction of the UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF THE COMMONWEALTH OF PENNSLVANIA.

## DEFENDENTS:

Defendent, COMMONWEALTH OF PENNSYLVANIA is within the Jurisdiction of the UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF COMMONWEALTH OF PENNSYLVANIA.

Defendent, DISTRICT COUNCIL 89 OF THE COMMONWEALTH OF PENNSYLVANIA MEMBERS is within the Jurisdiction of the UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF COMMONWEALTH OF PENNSYLVANIA.

Defendent, FRANKLIN COUNTY PRISON is within the Jurisdiction of the UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF COMMONWEALTH OF PENNSYLVANIA.

Defendent, FRANKLIN COUNTY COURT OF COMMON PLEAS 39TH DISTRICT

OF THE COMMONWEALTH OF PENNSYLVANIA is within the Jurisdiction of the UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF COMMONWEALTH OF PENNSYLVANIA.

Defendent, UNITED STATES OF AMERICA is within the Jurisdiction of the UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF COMMONWEALTH OF PENNSYLVANIA.

Defendent, FRANKLIN COUNTY DISTRICT ATTORNEY is within the Jurisdiction of the UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF COMMONWEALTH OF PENNSYLVANIA.

Defendent, FEDERAL RESERVE BANK is within the UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF COMMONWEALTH OF PENNSYLVANIA.

## CLAIM

PLAINTIFF , FILES THIS CLAIM OVER THE ESTATE MICHAEL SCOTT SMITH JR.

PLAINTIFF HAS BEEN TENET OF THE NAMED ESTATE , SINCE THE BIRTH OF THE INDIGENOUS LAND ESTATE, INFUSED INTO THE EMBRYO AT THE LANDS CONCEPTION GIVING THE OFFSPRING ESTATE MICHAEL SCOTT SMITH JR.

PLAINTIFF HOLDS FREEHOLD TITLE OF THE ESTATE.

ALL CLAIMS AGAINST ESTATE , FOR ANY DEBT'S , TAXES, MONEY , ASSETS , PROPERTY , SERVICES OR CREDIT IN THE PERFORMANCE OF OR AS A RESULT OF ANY OF THE DEFENDENTS OFFICIAL DUTIES FOR ANY REASON FOR ANY ACTIVITIES IS NULL AND VOID.

PLAINTIFF HAS NOT CONVEYED , GRANTED , TRANSFERED ANY RIGHT OR INTEREST TO ANY OF THE DEFENDENTS.

THIS CLAIM IS A LEGAL LAWFUL CLAIM OF RIGHT AND INHEREITANCE OF THE ESTATE, MICHAEL SCOTT SMITH JR.

THIS DOCUMENT IS HEREBY AFFIRMED UNDER THE PENALTY OF PERJURY.

RESPECTFULLY SUBMITTED

*[signature: Jesus Christ]*

JESUS CHRIST

July 13, 2022

# AFFIDAVIT OF

# OCCUPANCY AN OWNERSHIP

I Am , a Person ( Spirit ) , Inhabitant and Occupant of the estate MICHAEL SCOTT SMITH JR and do hererby make this lawful Affidavit as proof of Occupancy and Ownership , by Inheritance of Estate MICHAEL SCOTT SMITH JR.

I Am, a living breathing soul, Resurected Spirit of jesus Christ the Holy Spirit, son of the Father GOD Divine Creater witness of my own Testement.

2 Corinthians Chapter 3 2-3 ..

2 Corinthians 3:2 You your selves are our letter of recommendation written on our hearts to be known and read by all.

2 Corinthians 3:3 And you show that you are a letter from Christ Delivered by us written not with ink but with the Spirit of the living GOD , not on tablets of stone but on tablets of human hearts.

I Am, the one and same Spirit named God ( A exstraordinary attractive person ), Jesus Christ ( Son of GOD ) and the Holy spirit ( Person ).

I Am, the Eternal Spirit immortal, forever eternally existent through resurection, giving all flesh life , raising the dead, inhabitating and occupying all mortal man.

I Am witness , Heir Beneficiary, of my will and did , do and forever grant , gift and convey the right of use to myself of the Indigenous Land estate.

I Am , the Holy Spirit ( Person 0 , that is inhabitant and occupant of all flesh, and hereby claim all rights of use , ownership , tenency of the Estate MICHAEL SCOTT SMITH JR.

No man, Government Fiduciary , Officer , Agent etc has or can Claim right's , interst over this Sovereign , Diplomatic Inhabitant Occupant Holy Spirit.

This Affidavit serves as claim , proof of occupancy and ownership of Estate, and at no time do I , Holy Spirit grant , convey, transfer a right ,interest to the COMMONWEEALTH OF PENNSYLVANIA ,it's Political or Judicial members, Members of District council 89, franklin County Prison.

This affidavit shall serve as the right to herediments held in trust , if any and dissolution and

liquidation of all assets shall be distributed to the Heir. Any interest, conveyance with the use of my title of Birth , shall be dissolved and liquidated and all encumberances null and void .

Any trust , Cestui que vie, shall be distributed to beneficiary

I, Am the Spirit ( person ) the triune Father , Son and the Holy Spirit occupant and inhabitant of the Indigenous land Estate MICHAEL SCOTT SMITH JR , a living breathing soul , giving life , mind , body , immortal, spiritual man do hereby ,swear and affirm under the penalty of perjury as witness , Heir , beneficiary as the Father God almighty , Son Jesus Christ and the Holy Spirit , that the facts herein are true , just and affirmed and do state herein that all remedy's/claimes for releif shall be honored by and through the name of my lawfully owned Estate MICHAEL SCOTT SMITH JR

Respectfully Submitted

*Jesus Christ* (signature)

Jesus christ

July 13, 2022

# GENESIS

No man can refute, the creation of a body, from conception, to infusion of a soul, to being a inhabited Vessel / Estate.

Black's Law Dictionary, 11th ed. EMBRYO- A developing but unborn or unhatched animal esp an unborn human from conception untill the development of organs.( Blacks Law Dictionary, 11th Ed)

EMBRYO FORMATUS - A human embryo organized into human shape and endowed with a soul. Though rejected by the early doctrine of the christian church, the distintion between the embryo formatus and informatus was accepted by Gratian ( regarded as the founder of canon law )in his Decretum ( ca 1140 ) in which he said that abortion is not murder if the fetus has not yet been infused with a soul. Though he did not specify the time of formation or animation, by the 16th century canonists accepted that the time of formation and animation was the 40th day after conception for the male and the 80th day for the female. ( Blacks Law Dictionary, 11th Ed)

The embryo prior to infusion of the soul is not a living being. This is the Biblical meaning of raising the dead.

In the begining, Genesis, the Human body was formed from Organisms of the Earth, developing structures of Molecular cells called DNA, the code and blueprint for the human being. All things contain molecules but not all things are alive in terms of a human being or person ( spirit ). Human's and Animals evovled from the earth, called evolution. Genisis 2:7 Then the lord GOD formed the man of dust from the ground and breathed into his nostrils the breath of life, and man became a living creature. This means the spirit / soul was infused into the embryo, giving life to the dead.

When you die ( the Spirit leaves the body ), the body is returned to the ground ( Buried ).

Genesis 3:19 By the sweat of your face, you shall eat bread, till you return to the ground, for out of it you were taken; for you are dust, and to dust you shall return.

Genesis 3:20 The man called his wife's name Eve, because she was the mother of all living...

One of the first two women was known as mitochondrial Eve. The first homo Sapien, mother of all Human Race. This means that all physical bodies ( Estate ) are from the earth. Mother Earth the same as all buildings, vehicles, ships etc are birthed from extraction's of the Earth. Our bodies are extraction's from the earth, containing all the elements of Property, such as a house, .. Electric, Gas, Water, etc.

1

The Vessel/ Estate ( body ) is not operative without the Spirit ( Person ) which is the life giving force, Otherwise know as God ( a Extraordinary Attractive Person ). Therefore the Law recognizes the body as Tangible ( Perceptable to the sense of touch ), thus a Estate ( Property ) and the Spirit as the ( Person ) the live , Life giving source.

## Claim and Remedy

How does one claim right's over his Vessel/ Estate. In the Bible it says that Jesus was Son of Man, who died for our sin's.

This is were it gets confusing.

When a person die's , and does not have a will, the Government ( Court ) acts as the fiduciary of that person's Property, Assets etc.

When a person die's , and does have a will, and a named Heir and Beneficiary, that Heir and Beneficiary Claims all the deceased , Property and Asset's. If the person named as Heir and beneficiary, is unaware of the Inheritance, as being named in the Will, the Government ( Court ) acts as a fiduciary of the deceased property and Assets, till the Named beneficiary or Next of kin is notified. The Government holds the Property and Assets in trust, acting as the Trustee / Fiduciary over all the deceased left after death till it is claimed by the Heir.

All land Property has Titles, Deeds of ownership. A birth certificate is a Certificate of birth, documentation of the birth or creation of the Life of the vessel / Estate.

Jesus body was the Land, GODS Will was, we are Heirs of the Land. Jesus's Person was the Spirit . The Spirit is Eternal, forever existing. The Spirit is wind, the life giving force in every living Human being, being the same Spirit ( Person ) that Inhabited the body of Jesus. Resurecting, to each Conception bringing the dead to life ( Embryo ).

When we are Birthed, our Body is Named, Thus the All Capital Name on the Birth Certificate. In Law , The All Cap Name, is Corporation"s , Estate's . All Cap Name is a Entity, a Artificial/ Fictious Person. Your name is documented in all Capital Letters on your Birth certificate, because your Body is a Artificial / Fictious Entity. Not the Person( Spirit ).

When you are Born ( Birthed ) , Your Person ( Spirit ) Is Heir / Beneficiary of the Body ( Land ). Unless your Person Claim's it's body ( Land ), the Government act's in the interest of the Property ( Land ) ( Body ) creating a Trust till a Heir / Beneficiary claime's it's Inheritance. (IN GOD WE TRUST). Your Body ( Land ) is held in Trust. This is Called your Birthright.

The FRANCHISE, BIRTH, and/or TRUST CERTIFICATE was created and offered fraudulently and deceitfully, supposedly to aid in the Census, as a means of identification, to document a birth, and for health reason and purposes; the true nature of the BIRTH CERTIFICATE is a Title of

ownership being used as unrevealed commercial agreement, an unconscionable adhesion contract with an Agency of the federal, corporate United States, the Department of Commerce; the true nature of the DATE OF BIRTH is to execute the birth of the certificate [by signing, filing and recording], not the "natural" person;

The BIRTH CERTIFICATE is a TRUST INSTRUMENT recorded with County Recorder, a subsidiary of the Secretary of State [of the several states], sent to the Bureau of Census, a division of the Department of Commerce [Washington, DC], placing the name on the BIRTH CERTIFICATE in commerce as a legal "person" [e.g. corporate Trust] distinct said separate from the "Natural Person.

The Secretary of the States [of the several states] issues and charters corporations and franchises, that any American citizen with a BIRTH CERTIFICATE is liable to the Franchise Tax Board of the State Department of Revenue for income taxes, and the federal corporate United States for its debt obligations to the Federal Reserve bank;

This TRUST INSTRUMENT has deceived the above Natural Person's into an unrevealed contract attempting to place Natural person's under the jurisdiction of the federal United States with its tax and regulating authority originating from the Department of Commerce, pursuant to the authority of the Constitution for the United States of America [1789] and under the jurisdiction of the equity, admiralty or maritime jurisdictions of the federal court system; and the Uniform Commercial Code [UCC] of 1969.

In 1933 when the Gold standard was suspended , President Franklin Delano Roosevelt , Pledged all America's, Strawman ( Estate/Vessel ) the Artificial / Fictious entity as collateral for the Nations Debt to the Federal Reserve Bank.

Redemptionist is purported to be a theory according to the Government, However, it is not a theory. It is in Fact your salvation and Redemption in Jesus name.

The Redemptionist (Theory ) propounds that a person has a split personality: A real person and a fictional person called the "strawman." The "strawman"purportedly came into being when the United States went off the gold standard in 1993, and, instead, pledged the strawman of its citizens as collateral for the country's national debt. Redemptionists claim that government has power only over the strawman and not over the live person, who remains free.. Other hallmarks include the characterization of laws of general applicability and court rulings as "contracts" between the government and the litigant, the use of "copyrighted" personal names and the use of a hyphen and/or colon to signify a plaintiff's "real" name, .

Their has been many attempts to solve this Conspiracy that the Government has subjected the American Peoeple into. The Government has used the human bodies ( Estates ) as collateral. This was one persons Attempt to solve the formula of Redemption. The government does use

3

the UCC ( Uniform Commercial Code ) to Procure interest in live Person's.

Plaintiff alleges that defendants violated the various provisions of the Uniform Commercial Code (the "UCC").12 Plaintiff mentions three UCC provisions, without citing any specific Virginia statute that embodies such provision{ and provides a cause of action for plaintiff. The first UCC provision to which plaintiff refers is UCC § 3-203, regarding transfer of negotiable instruments. The only facts upon which plaintiff appears to rely for her claim under UCC § 3-203 are the conclusory allegations that SPS has no license to operate in Virginia and that SPS has "no skin in the game." Am. Compl. at 15. These allegations are not sufficient to state a plausible claim for relief.. Plaintiff makes passing references to to UCC § 3-306, which pertains to claims to an instrument, and UCC § 4-302, which pertains to a bank's responsibility for late return of an item deposited. Again, plaintiff fails to cite to any Virginia statute, but UCC § 3-306 appears to be analogous to Virginia Code § 8.3A-306 and UCC § 4-302 appears to be analogous to Virginia Code § 8.4-302. Each of plaintiff's UCC claims appears to be based on the promissory note that she unilaterally created. Thus, plaintiff cannot state a plausible claim for relief under the UCC or analogous provisions of state law.13 Accordingly, plaintiff's UCC claims must be dismissed for failure to state a claim.

Notwithstanding, plaintiff's failure to allege any cause of action, plaintiff's complaint also suffers additional deficits that result in its dismissal. As noted in prior Orders, the remedies that plaintiff seeks appear to lack any legal basis. Plaintiff incorrectly and without authority asserts that she is entitled to remedy against Defendant(s) and Defendant's attorney(s) . . . for relief in the form of the following True Bill in Commerce ledgered according to the formula in the Old Testament of the Holy Bible. Indent single spaceAm. Compl. at 16. Plaintiff then asserts that, under this formula, she is entitled to $460,000 plus three times that amount in punitive damages. Plaintiff may seek relief based on the laws of the United States, the laws of an individual state, or the common law, but religious texts do not provide the formula for the measure of damages in a civil action in federal court.

"The "Redemptionist" theory... propounds that a person has a split personality: a real person and a fictional person called the "strawman." Redemptionists claim that government has power only over the strawman and not over the live person, who remains free...Individuals can free themselves by filing UCC financing statements, thereby acquiring an interest in their strawman....Another tenet of the Redemptionist theory is that when the United States Government pledged the strawman of its citizens as collateral for the country's national debt,... it created an "exemption account" for each citizen, identified by each person's Social Security number.... When citizens contract for debt, the theory goes, their debts are collateralized by their respective exemption accounts, essentially making the U.S Government ultimately responsible for satisfaction of their debts.... Moreover, each citizen's exemption account is virtually bottomless, meaning that those who understand this theory, and who file the appropriate UCC financing statements, and thereby become a free sovereign, a process known

as "redemption," ... never have to actually pay for anything."

This is all true , that the Government has devised a scheme. However, the remedy is in fact in the Bible, but is more simpler than filing UCC statements etc.

The Court rooms today are under Military Occupation by conquering foreign creditors of the Federal Reserve/ IMF and it's Garrison troops, The british Esquire of the Bench and the BAR Association, Under Mission statement. The Term Mission Statement is a Military designater and any organization with a mission statement is a Military unit. The courts are not a Statutory Jurisdiction. it is Equity , Admiralty / Maritime.

*Jesus Christ*

Name In Re MICHAEL SCOTT SMITH, est
Franklin County Jail
1604 Opportunity Avenue
Chambersburg, PA 17201

U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg PA
17108

RECEIVED
HARRISBURG, PA
JUL 20 2023
PER _____
DEPUTY CLERK




